FILED
FEB 11 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA '08 MJ 8127

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | Magistrate Case No.: |
| v. | COMPLAINT FOR VIOLATION OF |
| Guillermo HERNANDEZ-Ramirez, Defendant. | 21 U.S.C. § 952 and 960 Importation of a Controlled Substance (Felony) |

The undersigned complainant being duly sworn states:

That on or about February 8, 2008, within the Southern District of California, defendant Guillermo HERNANDEZ-Ramirez, did knowingly and intentionally import approximately 33.86 kilograms (74.49 pounds) of Marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Hugo A. Leon
Hugo A. Leon, Special Agent
Immigration and Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, FEBRUARY 11, 2008.

PETER C. LEWIS
U.S. MAGISTRATE JUDGE

**PROBABLE CAUSE STATEMENT**

I, Special Agent Hugo A. Leon, declare under penalty of perjury that the following is true and correct:

On February 8, 2008, at approximately 2107 hours, Guillermo HERNANDEZ Ramirez, a United States citizen, entered the United States from Mexicali, Baja California Mexico at the Calexico, California West Port of Entry. HERNANDEZ Ramirez was the driver, registered owner, and sole occupant of a white 1998 GMC Suburban bearing California license plates 4FSG221. Customs and Border Protection (CBP) Officers discovered eighteen vacuum sealed packages weighing 33.86 kilograms (74.49 pounds) concealed in the gas tank of the Suburban. One of the packages was probed, producing a green, leafy, organic substance that field-tested positive for the indication of marijuana.

HERNANDEZ Ramirez was arrested in violation of Title 21 United States Code Section 952 and 960, Importation of a Controlled Substance. HERNANDEZ Ramirez acknowledged and waived his Miranda rights. HERNANDEZ Ramirez admitted to knowledge that the Suburban contained marijuana, stating that he would be paid $1800.00 (US dollars) to drive the Suburban to Los Angeles, California and park it at a casino in Los Angeles. HERNANDEZ Ramirez also stated that he has successfully smuggled marijuana into the United States between seven to eight previous times. HERNANDEZ Ramirez stated that he was always paid $1800.00 (US dollars) for smuggling marijuana. HERNANDEZ Ramirez was processed and transported into the Imperial County Jail to await his initial appearance before a United States Magistrate Judge.

Executed on February 9, 2008 (date) at 0130 (hours).

Hugo A. Leon

Hugo A. Leon, Special Agent
Immigration and Customs Enforcement

On the basis of the facts presented in the probable cause statement consisting of 1 page(s), I find probable cause to believe that the defendant(s) named in the probable cause statement committed the offense on 2/8/08 in violation of Title 21, United States Code, Section(s) 952/960.

United States Magistrate Judge

2/9/08 1:40pm
Date / Time